| | | | |
|---|---|---|---|
| Com. v. Montgomery .............. | 06/30/201677 WAL (2016) | Denied | Pa.Super., 136 A.3d 1035 |
| Com. v. Murray [11] .. | 06/29/201644 EAL (2016) | Denied | Pa.Super., 134 A.3d 479 |
| Com. v. Palmer .... | 06/16/2016129 WAL (2016) | Denied | Pa.Super., 141 A.3d 605 |
| Com. v. Perry [12] .... | 06/28/201640 MAL (2016) | Denied | Pa.Super., 128 A.3d 1285 |
| Com. v. Pointer .... | 07/14/201643 WAL (2016) | Denied | Pa.Super., 135 A.3d 668 |
| Com. v. Presgraves | 06/29/2016133 MAL (2016) | Denied | Pa.Super., 136 A.3d 1036 |
| Com. v. Prince ..... | 06/30/20162 MAL (2016) | Denied | Pa.Super., 133 A.3d 79 |
| Com. v. Pritchett ... | 06/08/201676 WAL (2016) | Denied | Pa.Super., 134 A.3d 496 |
| Com. v. Provance... | 06/23/201696 WAL (2016) | Denied | Pa.Super., 141 A.3d 592 |
| Com. v. Reives ..... | 06/28/201676 EAL (2016) | Denied | Pa.Super., 141 A.3d 588 |
| Com. v. Rivera ..... | 07/06/2016179 MAL (2016) | Denied | Pa.Super., 116 A.3d 676 |
| Com. v. Robinson .. | 06/29/201697 EAL (2016) | Denied | Pa.Super., 141 A.3d 598 |
| Com. v. Romansky.. | 07/06/2016184 MAL (2016) | Denied | Pa.Super., 141 A.3d 590 |
| Com. v. Rudd ...... | 06/29/201669 EAL (2016) | Denied | Pa.Super., 141 A.3d 601 |
| Com. v. Samuels ... | 06/13/201678 WAL (2016) | Denied | Pa.Super., 136 A.3d 1037 |
| Com. v. Sands...... | 06/30/201683 WAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |

11. Justice DONOHUE did not participate in the consideration or decision of this matter.

12. Justice WECHT did not participate in the consideration or decision of this matter.